UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.R.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LELAND DUDEK,[1] Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. 5:24-cv-00763-AH-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Social Security Commissioner's decision is AFFIRMED and this case is DISMISSED, with prejudice.

Dated: MAY 7, 2025

　　　　　　　　　　　　　　　　　　_/s/ Anne Hwang_____
　　　　　　　　　　　　　　　　　　HONORABLE ANNE HWANG
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.