UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.R., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-00763-AH-SHK <br><br> **JUDGMENT** |

It is the judgment of this Court that the Social Security Commissioner's decision is AFFIRMED and this case is DISMISSED, with prejudice, consistent with this Court's Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED: MAY 7, 2025

_____
HONORABLE ANNE HWANG
United States District Judge

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.